**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**EGLON O. BASCOM,**

               **Plaintiff,**

       **ORDER**

     **-against-**            **02-CV-6627 (NG) (LB)**

**DR. ETHAN FRIED and BROOKDALE**
**HOSPITAL,**

               **Defendants**
-----------------------------------------------------------x

**GERSHON, United States District Judge:**

      This case, which has already been closed, cannot be re-opened based upon plaintiff's claim

that he was subsequently denied employment by defendants.  Accordingly, plaintiff's motion for

reconsideration and to re-open the case is denied.

                      **SO ORDERED.**

                      **/s/ *Nina Gershon*_____**
                      **NINA GERSHON**
                      **United States District Judge**

Dated: January 30, 2007
       Brooklyn, New York